UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

VALSAMMA MATHAI

                       Plaintiff,            **CERTIFICATE OF SERVICE**

   -against-

                                          Civil Action No.: 1:13-CV-997
ANNIE GEORGE, a/k/ ANNIE KOLATH, a/k/a SAJIMOL       (GTS/CFH)
GEORGE,

                      Defendant.

---

      I, Keyna H. Karp, hereby certify that I am over the age of 18 years, and that on September 25, 2013, I served a copy of the foregoing **Notice of Appearance** to be served via electronic service on the following attorney:

TO:    David O. Irving, Esq.
         Worker Justice Center of New York, Inc.
         1187 Culver Road
         Rochester, NY  12609

                                                        _____
                                                        Keyna H. Karp

Sworn to me this 25
day of September, 2013.

_____
Notary Public-State of New York

BARBARA MAZZOLA
Notary Public, State Of New York
Qualified In Albany County
No. 01MA5012247
Commission Expires June 15, 20 15