AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of New York ▼

| | |
|---|---|
| Valsamma Mathai <br><br> *Plaintiff* <br><br> v. <br> Annie George, a/k/a Annie Kolath, a/k/a Sajimol George <br><br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 1:13-CV-997 [GTS/CFH] |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

   Annie George, a/k/a Annie Kolath, a/k/a Sajimol George

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   David O. Irving
   Worker Justice Center of New York, Inc.
   1187 Culver Road
   Rochester, NY 14609

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Clerk of Court*

Date: 9/6/2013

By: s/Suzanne Gunter

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. USDC - NDNY #1:13CV997 GTS/CFH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Annie George AKA Annie Kolath
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: ON 9/17/2013 @ 12:05 P.M. I ATTACHED to GATE Fence of 708 Riverview RD Rexford, N.Y. WARNING SIGN AND "KOLATH" NAME on FENCE. Picture + DESCRIPTN attached

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

✗ ALSO mailed COPY to ADDRESS ABOVE.

I declare under penalty of perjury that this information is true.

Date: 9/27/13

Server's signature: RBruce McLean

Printed name and title: R Bruce McLean
Atty Aides of Kingston

Server's address: P.O. Box 1447
Kingston N.Y. 12402

Additional information regarding attempted service, etc:

Case 1:13-cv-00997-CFH Document 13 Filed 10/10/13 Page 3 of 5



* 708 Riverview Rd Rexford, N.Y. *

Top of Truck

Posted

Name on Sign

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

USDC - NDNY

Civil Action No. # 1:13 CV 997 - GTS/CFH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Annie George AKA Annie Kolath

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: ON 9/17/2013 @ 11:30 AM, I ATTACHED FORMER Residence #3 SAGE ESTATE MENANDS, N.Y.- House Empty, IN FORCLOSURE PICTURE AND DISCRIPTION ATTACHED

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9/27/13

*Server's signature*

R. BRUCE MCLEAN
*Printed name and title*
ATTY ATLAS of KINGSTON
P.O. Box 1667 Kingston NY 12402
*Server's address*

Additional information regarding attempted service, etc:

3 SAGE ESTATE
MENANDS NY.

NOTICE of Foreclosure
BANK Ownership.

POSTED

