UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

VALSAMMA MATHAI,

                            Plaintiff,

   v.

ANNIE GEORGE, a/k/a ANNIE KOLATH,
a/k/a SAJIMOL GEORGE,

                            Defendant.

STIPULATION AND ORDER OF DISMISSAL

Civil Action No. 1:13-cv-0997 (CFH)

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their undersigned counsel, who are authorized to execute this Stipulation, that, no Party being and infant or incompetent person for whom a committee has been appointed or conservatee and no person not a Party has an interest in the subject matter of the action, the above-captioned action, and consent and agree to dismiss the instant action with prejudice pursuant to the terms of the settlement reached between the parties during the settlement conference on January 19, 2016 before Hon. Christian F. Hummel.  No attorneys' fees or costs and/or disbursements will be awarded to any Party.

ATTORNEYS FOR PLAINTIFF:

Dated: Kingston, New York
February 4, 2016

                                                      s/Thomas E. Feeney
Thomas E. Feeney
Worker Justice Center of New York, Inc.
9 Main Street
Kingston, New York 12401
Tel - (845) 331-6615
tfeeney@wjcny.org

ATTORNEYS FOR DEFENDANT:

Dated: Troy, New York
February 4, 2016

                                                      s/John F. Harwick
John F. Harwick
E. Stewart Jones Hacker Murphy, LLP
28 Second Street
Troy, New York 12180
Tel - (518) 274-5820
jharwick@joneshacker.com

SO ORDERED:

_____ ___, 2016


_____

Hon. Christian F. Hummel