UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

VALSAMMA MATHAI,

                          Plaintiff,

   v.

ANNIE GEORGE, a/k/a ANNIE KOLATH,
a/k/a SAJIMOL GEORGE,

                          Defendant.

STIPULATION AND ORDER OF
DISMISSAL

Civil Action No. 1:13-cv-0997 (CFH)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their undersigned counsel, who are authorized to execute this Stipulation, that, no Party being and infant or incompetent person for whom a committee has been appointed or conservatee and no person not a Party has an interest in the subject matter of the action, the above-captioned action, and consent and agree to dismiss the instant action with prejudice pursuant to the terms of the settlement reached between the parties during the settlement conference on January 19, 2016 before Hon. Christian F. Hummel.  No attorneys' fees or costs and/or disbursements will be awarded to any Party.

ATTORNEYS FOR PLAINTIFF:

Dated: Kingston, New York
        February 4, 2016

                              s/Thomas E. Feeney
                              Thomas E. Feeney
                              Worker Justice Center of New York, Inc.
                              9 Main Street
                              Kingston, New York 12401
                              Tel - (845) 331-6615
                              tfeeney@wjcny.org

ATTORNEYS FOR DEFENDANT:

Dated: Troy, New York
        February 4, 2016

                              s/John F. Harwick
                              John F. Harwick
                              E. Stewart Jones Hacker Murphy, LLP
                              28 Second Street
                              Troy, New York 12180
                              Tel - (518) 274-5820
                              jharwick@joneshacker.com

SO ORDERED:

 February           9   , 2016

Christian F. Hummel
U.S. Magistrate Judge