# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Valsamma Mathai**
    Plaintiff
  vs.                    **CASE NUMBER: 1:13-CV-997 CFH**

**Annie George**
*a/k/a Annie Kolath*
*a/k/a Sajimol George*
    Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that a Judgment is entered on behalf of the Plaintiff, Valsamma Mathai, in the amount of twenty-thousand dollars ($20,000.00) and against Defendant, Annie George, pursuant to the Stipulation and Order of the Honorable Judge Christian F. Hummel, dated the 9th day of February, 2016.

DATED: February 9, 2016

*[signature]*
Clerk of Court

s/_____
Tara Burtt
Deputy Clerk